```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 12070
  GAYLE RUBY WALKER
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-8488
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/06/07 .

2. The case was dismissed without confirmation, 10/26/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EASTERN SAVINGS BANK | CURRENT MORTG | .00 | .00 | .00 |
| EASTERN SAVINGS BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, MELVIN J KAPLAN                , was allowed $    3500.00
and was paid $     25.00  direct and $      .00  through the plan.

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .


    Dated: 01/15/07                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 07 B 12070 GAYLE RUBY WALKER
```